UNITED STATES DISTRICT COURT         **(ECF)**
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - :
RAKHITHA WEERASINGHE and SKYY    :   12 Civ. 4918 (WHP) (JCF)
SEGARRA,    :
   :         REPORT AND
           Plaintiffs,    :   <u>RECOMMENDATION</u>
   :
   - against -    :
   :
JANET NAPOLITANO, Secretary,    :
Department of Homeland Security,    :
ALEJANDRO MAYORKAS, Director,    :
United States Citizenship &    :
Immigration Services, and ROBERT M. :
COWAN, Director, U.S. Citizenship    :
& Immigration Services, National    :
Benefits Center,    :
   :
          Defendants.    :
- - - - - - - - - - - - - - - - - - - :

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/12

TO THE HONORABLE WILLIAM H. PAULEY, U.S.D.J.:

The complaint in this action was filed on June 22, 2012.
However, service on the defendants was never effected. By letter
dated  November 7, 2012, I advised the plaintiffs' attorney to
submit within two weeks a letter setting forth any reasons why the
action should not be dismissed.  Counsel never responded.  I
therefore recommend that the complaint be dismissed without
prejudice under Rule 4(m) of the Federal Rules of Civil Procedure.
Pursuant to 28 U.S.C. § 636(b)(1) and Rules 72, 6(a), and 6(d) of
the Federal Rules of Civil Procedure, the parties shall have
fourteen (14) days from this date to file written objections to
this Report and Recommendation.  Such objections shall be filed

with the Clerk of the Court, with extra copies delivered to the

chambers of the Honorable William H. Pauley, Room 2210, and to the

chambers of the undersigned, Room 1960, 500 Pearl Street, New York,

New York 10007.   Failure to file timely objections will preclude

appellate review.

Respectfully submitted,

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       December 20, 2012

Copies mailed this date:

Joseph M. Palmiotto, Esq.
111 John Street, Suite 800
New York, NY 10038